IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 OCT 12 A 9:35

LARYIE EARL JONES )
------- )
Full name and prison number )
of plaintiff(s) )
 )
v. )
 )   CIVIL ACTION NO. 2:05cv973-F
ANTHONY CLARK )   (To be supplied by Clerk of
GREG JACKSON )   U.S. District Court)
CHRIS INABINETT )
MARK ODOM )
STATE OF ALABAMA )
------- )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (X)  NO ( )

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (X)  NO ( )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) LARYIE EARL JONES

            Defendant(s) ANTHONY CLARK

        2.  Court (if federal court, name the district; if
            state court, name the county) MIDDLE

BAIL FALSE IMPR...

3. Docket number **Civil Action No. 2:05-CV-5-F**

4. Name of judge to whom case was assigned **Delores R. Boyd**

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) **Yes dismissed**

6. Approximate date of filing lawsuit **1-11-05**

7. Approximate date of disposition **June-28-05**

II. PLACE OF PRESENT CONFINEMENT **290 Hillcrest Drive Andalusia AL 36420**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **290 Hillcrest Drive Andalusia AL 36420**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

**NAME** — **ADDRESS**

1. State of Alabama - 1K North Court St Andalusia AL 36420
2. Anthony Clark - 290 Hillcrest Dr Andalusia, AL 36420
3. Greg Jackson - 290 Hillcrest Dr Andalusia AL 36420
4. Chris Inabinett - 290 Hillcrest Dr Andalusia, AL 36420
5. Mark Odom - 290 Hillcrest Dr Andalusia, AL 36420
6. 

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **July 14 05**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: The Plaintiff has been held unlawful at the Covington County Jail Andalusia Alabama since July 14 05 for Malicious Charges Possession of Controlled Substance The State could not perdue any. in cases numbers CC-2003-187-418-419. Held without Bail, False Imprisonment.

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

ON OR About the 9-27-05. THE Plaintiff WERE FoRce And threaten By THE STATE D.A WALT MERRELL He Also threaten the Plaintiff on the 11-11-2004, ENCLOSE A Copy of the D.A memo, THE DA Told Plaintiff IF HE did Not PLEA guilty HE would PROSECUT Plaintiff

**GROUND TWO:** Wife. Plaintiff WAS FoRce by THREAT, And THE PRosecutor Promise the CHARges would be dismiss

**SUPPORTING FACTS:** off Plaintiff WIFE THE PLEA WAS Not VoluntARy. Rules of CRiminal PRocedure, Rule 14.4 (A)(2) PRohibition-Determining that the PLEA is VoluntARy And Not the Result of Force, threats, oR CoeRcion, NoR of Any PRomise APARt FRom the PLEA AgReement that HAs been disclosed to the CouRt As Provided in Rule 14.3(B).

**GROUND THREE:** The trial Judge Know that there WAS No detectible Amount of ContRolled SubstAnce to

**SUPPORTING FACTS:** Support A Conviction. Plaintiff ENCLose A Copy of the ANALysis Results FRom RANdALL CLARK June 16, 2005, And one MoRe ReAson WHY Plaintiff PLEA guilty. Plaintiff Counsel Told Him He got Him A good deAl ALL HE NEEd to do is to PLEA to ONE YEAR And the CHARges would

Plaintiff ENCLose A LetteR WHAt His Counsel WRote to ms RANKin About the Plaintiff.

SEE Attch SHEEts 1-2

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiff demands Civil Action No: 2:05-CV-5+F Be Reopen And Awarded, And Awarded in this suit Compensation damages, Punitive Damages damages for loss of time, Physical discomfort, Inconvenience, And Resulting injury to Plaintiff, Physical, Mental Health. $200,000

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 10-7-05
(Date)

Signature of plaintiff(s)

4

1  ATTCH SHEETS

be dismiss off Plaintiff wife, He said that ~~the~~ State Prosecutor Promise, Him. Plaintiff sign without read what he sign to until the Pronouncement of Judgment and Sentence. Plaintiff was shock to hear what he was sentence to, He was sentence to 15 years split one. Plaintiff was thinking that he was pleading guilty to all 3 counts of misdemeanor, drug paraphernalia only. Plaintiff was promise a 48 hour pass, He was granted probation. Plaintiff was thinking he would be able to go home on probation because he has served more than a year. Since June 22, 2004 in the Covington County Jail Andalusia Alabama. The trial judge refused to give plaintiff his jail credit. Rules of Criminal Procedure. Ala Code 1975-15-18-5, Provides that upon conviction and imprisonment for any felony or misdemeanor, the sentencing court shall order that the convicted person be credited with all of his actual time spent incarcerated pending trial for such offense. Trial Judge fail to comply with this rule. The conviction in cases CC-2003-187-418-419- is unlawful Plaintiff file to withdraw the plea. In case CC-2004-347 the Plaintiff was unlawful arrested and harass and without probable cause was put in the Covington County Jail

2

PLAINTIFF WERE HELD FALSE IMPRISONMENT, SEE ON THE ANALYSIS RESULTS SAMPLE ONE THAT CASE WAS DISMISS. PLAINTIFF DID FILE CIVIL ACTION, THE CASE NUMBER CIVIL ACTION NO: 2:05-CV-5-F. HE WAS HELD WITH AN EXCESSIVE $200,000 BAIL. STATE DISMISS CASE DATE 9-27-05 IN CASES CC2003-187-418-419. THE PRESUMPTION OF PROBABLE CAUSE CAN BE REBUTTED BY THE PLAINTIFF BY COMPETENT EVIDENCE WHICH CLEARLY WILL OVERCOMES THE PRESUMPTION ARISING FROM THE FACT OF PLAINTIFF CONVICTION IN THE FIRST INSTANCE. THESE CASES WILL LATER BE NOLLE PROSEQUED, BECAUSE THE PLAINTIFF WERE INTRAP BY THE STATE TO OBTAIN A CONVICTION, VIOLATED PLAINTIFF CONSTITUTIONAL RIGHTS. PLAINTIFF WERE CONVICTED OF SOMETHING THAT THE STATE COULD NOT PREDUC. PLAINTIFF COUNSLE ALSO TOLD HIM HE WOULD DO THE YEAR IN THE COUNTY JAIL, TRIAL JUDGE SAID OTHERWISE, IF PLAINTIFF CAN'T GET HIS JAIL CREDIT HE DEMANDS COMPENSATION DAMAGES FOR EACH DAY $1,000. THE PLAINTIFF IS INNOCENCE SOMEHOW HE WILL PROVE IT, HE HAS ALL THE EVIDENCE AND A WITNESS TO SAY THAT IS NO CONTROLLED SUBSTANCE TO SUPPORT A CONVICTION MR. RANDALL CLARK, IS MY WITNESS I HEREBY SWEAR UNDER OATH AND PENALTY OF PERJURY THAT MY STATEMENTS ARE TRUE AND CORRECT 10- /s/ Sarju Jones