AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

**District of** _____

_____  
Plaintiff

V.

_____  
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 2:05cv973-F

I, **LARYiE EARl JONES**, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☒ Yes     ☐ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration **290 Hillcrest DR Andalusia AL 36420**

   Are you employed at the institution? **No**   Do you receive any payment from the institution? **No**

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?     ☐ Yes     ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. **JUNE 2001 $250.00 WEEK**

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☐ | ☒ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. MY WIFE LINDA SHE did CoNtRibute to All MY SUPPoRt.

I declare under penalty of perjury that the above information is true and correct.

10-7-05                     Sayio Earl Jones
_____            _____
Date                         Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## INSTITUTION ACCOUNT

I HEREBY CERTIFY THAT LARYIE EARL JONES HEREIN HAS THE SUM OF $ -0- ON ACCOUNT TO HIS CREDIT AT THE COVINGTON COUNTY JAIL WHERE HE IS CONFINED. I FURTHER CERTIFY FOR THE PAST SIX MONTHS IS:

| MAY | JUN | JULY | ~~JULY~~ |
|-----|-----|------|------|
| -0- | -0- | -0-  |      |

| AUG | SEP | OCT |
|-----|-----|-----|
| -0- | -0- | -0- |

LIKEWISE HE HAS THE FOREGOING SECURITIES TO HIS CREDIT ACCORDING TO THE RECORDS OF SAID COVINGTON COUNTY INSTITUTION: -0-

10-7-05
DATE

SEG Don Jackson
AUTHORIZED OFFICER OF INSTITUTION

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
__NORTH__ DIVISION

LARYIE EARL JONES  )
_____ )
_____ )
_____ )
     Plaintiff(s)   )
                    )
        v.          )
ANTHONY CLARK       )
_____ )
_____ )
_____ )
     Defendant(s)   )

**MOTION TO PROCEED *IN FORMA PAUPERIS***

Plaintiff(s) LARYIE EARL JONES

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

_____
         Plaintiff(s) signature