1

In The District Court of The United States
For The Middle District of Alabama
Northern Division

LARYIE EARL JONES,
    Plaintiff,

V.

ANTHONY CLARK,
    Defendant's.

: In The District Court of The
: United States, For The Middle
: District of Alabama, Northern Division
: Civil Action No. 2:05-CV-973

## Objections To The Recommendation

Comes Now The Plaintiff LARYIE EARL JONES, Pro, Se, Moves The Court For Objections To The Recommendation of October 17th, 2005, And As Therefore States The Following grounds;

1. In Case Number CC-2003-187, Chris Inabinett Unlawfu Arrested The Plaintiff For The Charges of Possession of Drug Paraphernalia, And False Pretense Charge of Possession of a Controlled Substance, At The Hearing Chris Inabinett did Not Produe Any Controlled Substance. And The Case Should Have been dismissed.

2. In Case Number CC-2003-418, Chris Inabinett did the same Thing Haress the Plaintiff, At The Suppression Hearing He still Never Produe Any Controlled Substance. The Case Should Have been dismisse

3. In Case Number CC-2003-419, Greg Jackson And

2

Mark Odom as a witness for Greg Jackson did unlawful arrested the plaintiff for the charges of possession of drug paraphernalia and false pretense charge of possession of a controlled substance, in all three case theses defendant's never produce any controlled substance, plaintiff should have been ~~~~ charge with paraphernalia only, these defendant's slander plaintiff name his name was in the news papers, and on T.V. and they establish fraudulent concealment, the defendant's had a duty to disclose a material fact, the defendants failure to disclose ~his~ concealment of that induced the plaintiff to act, the plaintiff suffered damage as a result of defendant's action.

4. Plaintiff suffered the tort of outrage. The actor intended to inflict emotional distress, he has been incarceration since June 22 2004, because the defendant's has been shown by clear and convincing evidence to be guilty of an intentional misrepresentation deceit, and concealment of a material fact the defendant's had a duty to disclose, which was gross, oppressive and malicious and committed with intention on the part of the defendant of thereby depriving the plaintiff of property of legal rights and otherwise causing injury and the plaintiff is still suffering injury and damage as a proximate result of

SUCH FRAUD, AND FALSE IMPRISONMENT, PLAINTI[FF] HAS PROOF THERE WAS NOT ANY CONTROLLED SUBSTAN[CE]

5. THE PLAINTIFF HAS A PETITION PENDING IN THE MIDDLE DISTRICT COURT, IT WILL PROVE GROUND[S] OF PLAIN ERROR AND MANIFEST INJUSTICE.

WHEREFORE PLAINTIFF HAS DEMONSTRATE THAT THESE DEFENDANTS IS THE CAUSE THAT PLAINTI[FF] WERE ARRESTED FOR THE WRONG REASON, LIBEL WAS PUBLISHED MALICIOUSLY, AND SLANDER WAS COMMUNICATED MALICIOUSLY. AND THAT WAS WI[TH] KNOWLEDGE OF THE DEFENDANTS, IT WAS FALSE WITH RECKLESS DISREGARD OF WHETHER IT WAS FALSE OR NOT. THEN IN SUCH EVENT, IN ADDITIO[N] TO COMPENSATORY DAMAGES AND REFERENCE TO PRESUMED DAMAGES TO PLAINTIFF REPUTATION IN CASES OF LIBEL AND SLANDER, PLAINTIFF PRAYS THA[T] THIS HONORABLE COURT WILL GRANT HIS PLEADIN[G] AND RECONSIDERED RECOMMENDATION OF THE COURT.

RESPECTFULLY SUBMITTED THIS THE 28 DAY OF OCT , 2005

_Sayjo Earl Jones_
SIGNATURE OF PLAINTIFF

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE PLEADING IS TRUE AND CORRECT. _Sayjo Earl Jones_
DATE: 10-28-05
SIGNATURE OF PLAINT[IFF]