IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARYIE EARL JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-973-F |
| ) | WO |
| ) | |
| ANTHONY CLARK, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On November 2, 2005, the plaintiff filed a document in which he raises additional claims for relief. *See Court Doc. No. 5*. The court therefore construes this document as an amendment to the complaint. In light of the amendment to the complaint, and for good cause it is

ORDERED that the Recommendation entered on October 17, 2005 (Court Doc. No. 4) be and is hereby WITHDRAWN.

Done this   2nd day of November, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE