IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARYIE EARL JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-CV-973-F |
| | ) WO |
| ANTHONY CLARK, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

On November 3, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby ADOPTED, it is ORDERED that:

1. The plaintiff's claims against the State of Alabama are dismissed with prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i) and (iii).

2. The § 1983 claims presented against Anthony Clark, Greg Jackson, Chris Inabinett and Mark Odom are dismissed with prejudice in accordance with the provisions of 28 U.S.C. § 1915 (e)(2)(B)(i) and (iii).

3. The claim challenging the constitutionality of the state court's decision to deny bail is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

4. To the extent that Jones asserts claims which challenge the constitutionality of the controlled substance convictions imposed upon him by the Circuit Court of Covington County, Alabama, these claims are dismissed without prejudice in accordance with the directives of 28 U.S.C. § 1915 (e)(2)(B)(ii).

5. The plaintiff's libel and slander claim is dismissed with prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

6. The plaintiff's claim alleging the tort of outrage is dismissed without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii).

7. This case is dismissed prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(I), (ii) and (iii).

Done this 18th day of November, 2005.

                                      /s/ Mark E. Fuller
                               CHIEF UNITED STATES DISTRICT JUDGE