In The District Court of The United States
For The Middle District of Alabama
Northern Division

LARYIE EARL JONES,
    Plaintiff,

V.                                    CIVIL ACTION No. 2:05-CV-973-F

ANTHONY CLARK,
    Defendants.

2005 NOV 22 A 10:01

## Objections To Recommenation

Comes Now The Plaintiff LARYIE EARL JONES, Pro, Se, Moves This Honorable Court For A Objections To Recommention, And As Therefore States The Following grounds;

1. On or About The November 3rd 2005 The Honorable Magistrate Judge Recommdation, That These Claims Should be dismissed, Plaintiff object.

2. Theses defendants Did know, ☒ The Criminal Charges Lodged Against The Plaintiff in Cases @2003-187-418-419 Were Malicious Prosecutions, The Conviction of The 9-27-05 Will be Vacated, or Reversed, or Expunged, or invalidated, or impugned, or Dismissal.

3. In CC-2003-187, The Plaintiff Was Arrested On The 9-17-2002 The Attorney For The govern

(1)

(HELD NO BOND IN CC-2003-187-418-419, SINCE JULY 14 2004)
ment fail to bring Plaintiff to trial within the time limits, he fail to dissmiss the indictment, on the 9-27-05 this case has been pending over a year.

4. In CC-2003-418, the Plaintiff was arrested on the 5-14, 2003, the Attorney for the Government fail to bring Plaintiff to trial within time limits, he fail to dissmiss the indictment. on the 9-27-05 this case has been pending over a year.

5. In CC-2003-419, the Plaintiff was arrested on the 6-11-2003, the Attorney for the Government fail to bring Plaintiff to trial within time limits he fail to dismiss the indictment, on the 9-27-05, this case has been pending over a year, the Defendant's violated or conspiracy in 3162, Sanctions (A) 1-2-(B)-4- The Attorney for the Government willfully fails to proceed to trial without justification consistent with Section 3161 of this Chapter, the court may punish any such counsel or Attorney. See Title 18. U.S.C.A. Crimes and Criminal Procedure, Chapter 208, Section 3162.

6. The Plaintiff has Prima Facie evidence of the existence of probable cause for instituting the prosecution by the Plaintiff, this presumption of probable cause may be rebutted by the Plaintiff by any competent evidence which clearly overcomes the presumption arising



From the fact of the Plaintiff conviction in the first instance.

7. In CC-2004-347, the Plaintiff was arrested on June 22-2004 with an excessive $200,000 bail. The State Court dismiss the case on the 9-27-05, because Jones case came for trial on September 27, 2005, which was more than one year after his indictments, the delay must be presumptively prejudicial. In CC-2003-187, 418, 419, should have been dismiss on same grounds that proof the Plaintiff is still being held unlawful because in CC-187-418-419, he got them charges before he got the charges in CC-2004-347, Plaintiff withdraw his plea of guilty a hearing is set for 12-1-05.

8. Plaintiff requests to reopen, Jones v. Clark, Civil Action No. 2:05-CV-5-F, after the pending of the Civil Action No. 2:05-CV-701-F. Or should I do it now because I don't have any money.

9. The Defendants has intentionally and recklessly caused the Plaintiff emotional distress, so severe that no reasonable person could be expected to endure it, these defendant's is subject to liability in damages for such distress and also bodily harm resulting from the distress, they caused Plaintiff


(3)

AND HIS WIFE MENTAL ANGUISH, THE DUE PROCESS CLAUSE OF THE FOURTEENTH AMENDMENT PROHIBITS A STATE FROM IMPOSING A GROSSLY EXCESSIVE PUNISHMENT ON A TORTFEASOR, THE PLAINTIFF HAS SUFFER AT THE COVINGTON COUNTY JAIL, SLEEPING ON THE FLOOR FOR OVER A YEAR, HE HAS BEEN INCARCERATED FOR 16 MONTHS, HE COULD NOT GET A JOB BECAUSE HE HAS NOT BEEN SENTENCES HE SUFFER CRUEL AND INHUMAN TREATMENT, CONSTITUTE A VIOLATION OF DUE PROCESS AND EQUAL PROTECTION, AMEND. 14 THIS CLAUSE FORBIDS PUNISHMENT OF PERSON HELD IN CUSTODY AWAITING TRIAL, THE PLAINTIFF SUFFER OVERCROWDING AT COVINGTON COUNTY JAIL, THERE IS LACK OF COMMON SPACE FOR ACTIVITIES, PRIVACY IS NONEXISTENT, FIRE HAZARDS IS INCREASED, MENTALLY ILL INMATES IS PLACED IN GENERAL POPULATION, MATTRESSES AND BLANKETS IS PLACED ON FLOOR, NOISE IS CONSTANT AND SHOWERS IS USED AS URINALS BECAUSE OF LIMITED TOILETS, CONSTITUTIONAL VIOLATION OF PRE-TRIAL DETAINEES DUE PROCESS RIGHT DUE TO OVERCROWDING. SINCE I BEEN IN JAIL AT THE COVINGTON COUNTY JAIL I BEEN DENIED MEDICAL CARE I BEEN IN THE HOSPITAL AND ALL BILLS IS BILL TO ME I DON'T HAVE ANY MONEY TO PAY MEDICAL BILLS, I AM ALSO DISABILITY, I AM 45 YEARS OLD I AM THE VICTIM IN THIS CASE. THE TRIAL JUDGE ACTED ALA. CANON OF JUD. ETHICS 3C(1)(A).

(4)

WHEREFORE THE PLAINTIFF HAS demonstrate THE VIOLATION THAT THE defendant's HAS done AND STILL doing it, PLAINTIFF demonstrate THE TORT OF OUTRAGE, He demonstrate THE ReOPeN OF JONES V. CLARK, Civil Action No 2:05-CV-S-F THAT CASE WAS dismiss IN TRIAL OF CIRCUIT COURT, IN CC-2004-347, PLAINTIFF REQUEST TO ENFORCE THE CASE BECAUSE OF All HIS LOSS, AND PAIN AND SUFFERING. PLAINTIFF REQUEST THAT THE COURT TO EXERCISE SUPPLEMENTAL JURISDICTION, PLAINTIFF PRAYS THAT THE COURT WILL GRANT HIS OBJECTIONS AND ORDER HIS TORT OF OUTRAGE CLAIM BE FILED.

Respectfully SUBMITTED THIS THE 16 day OF NOV 2005

_Sarge Earl Jones_
SIGNATURE OF PLAINTIFF

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE OBJECTION is TRUE AND CORRECT.

11-16-05
DATE

_Sarge Earl Jones_
SIGNATURE OF PLAINTIFF

(5)