IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARYIE EARL JONES, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:05-cv-973-F |
| ANTHONY CLARK, *et. al.*, | ) |
| Defendants. | ) |

## **ORDER**

This cause is before the Court on Plaintiff's Objection (Doc. # 10) to the Report and Recommendations entered by Magistrate Judge Boyd on November 3, 2005 (Doc. # 7). As the objection was untimely filed after a final judgment was entered in this case, the Court construes the objection as a motion for reconsideration of the final judgment. Upon consideration, it is hereby ORDERED that the motion for reconsideration is DENIED.

DONE this 30th day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE